U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 1 2 2015

TONY R. MOORE, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | 18 U.S.C. § 1343 |
| VERSUS | * | |
| | * | 6:15-cr-00172-01 |
| JOAN C. EDGAR | * | JUDGE HAIK |
| | | MAGISTRATE JUDGE HANNA |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

Count 1
Wire Fraud
18 U.S.C. § 1343

A.  **INTRODUCTION**

At all times material herein:

The defendant, JOAN C. EDGAR, worked at a company called Natural Gas Engine and Compressor Services Inc. The company was owned by an individual named E.P. and located in New Iberia, Louisiana.

(1)   Natural Gas Engine and Compressor Services Inc. was an engine service and repair business that provided services to oil and gas companies.

(2)   The defendant, JOAN C. EDGAR, was the office manager for Natural Gas Engine and Compressor Services Inc.

(3)   In 2010, E.P. sold Natural Gas Engine and Compressor Services Inc. to his accountant, J.D. After J.D. purchased the business, he changed the name of the business to NGE Compressor Services L.L.C. (NGE Compressor). The business remained in the same location in New Iberia, Louisiana.

(4) After he purchased the business, J.D. continued to employ the defendant, JOAN C. EDGAR, as the office manager.

### B. THE SCHEME AND ARTIFICE TO DEFRAUD

Beginning sometime in 2011 and continuing through December of 2012, the defendant, JOAN C. EDGAR, did knowingly and intentionally devise and intend to devise a scheme and artifice to defraud NGE Compressor and to obtain money and property by means of false and fraudulent pretenses, representations and promises. The scheme and artifice to defraud is more fully described as follows:

(1) After J.D. purchased Natural Gas Engine and Compressor Services Inc. and changed the name to NGE Compressor, the defendant, JOAN C. EDGAR, entered into negotiations with J.D. to purchase the business. However, when she became dissatisfied with the terms of the sale, the defendant JOAN C. EDGAR, opened her own business naming it NGE Techs L.L.C. (NGE Techs), which she operated out of the same address as NGE Compressor.

(2) After forming NGE Techs, the defendant JOAN C. EDGAR, began diverting accounts receivable payments owed to NGE Compressor to her new company, NGE Techs.

(3) The defendant, JOAN C. EDGAR, unbeknownst to J.D., sold accounts receivable due to NGE Compressor to another company, pursuant to a factoring agreement she entered into with that company and received money from the sale.

(4) The defendant, JOAN C. EDGAR, used NGE Compressor funds to pay her personal expenses. She then covered up these expenditures, by falsely

categorizing them in the NGE Compressor books and records as NGE Compressor business related expenses.

(5) The defendant, JOAN C. EDGAR, covered up her scheme to defraud by sending various emails in interstate commerce to J.D., indicating to him that she was working on collecting funds owed to NGE Compressor, even though she had already misappropriated the funds.

## C. THE CHARGE

On or about June 26, 2012, in the Western District of Louisiana and elsewhere, the defendant, JOAN C. EDGAR, for the purpose of executing the above-described scheme and artifice to defraud and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce, certain signals, signs, and sounds; that is, an e-mail from Yahoo account ngecs2004@yahoo.com to jhd@wmddh.com, all in violation of Title 18, United States Code, Section 1343. [18 U.S.C. § 1343].

## Count 2
## Wire Fraud
## 18 U.S.C. § 1343

## A. THE SCHEME AND ARTIFICE TO DEFRAUD

The allegations in Count 1, paragraphs A and B are re-alleged and incorporated by reference as though set forth in full herein as the scheme to defraud.

3

**B.     THE CHARGE**

On or about July 18, 2012, in the Western District of Louisiana and elsewhere, the defendant, JOAN C. EDGAR, for the purpose of executing the above-described scheme and artifice to defraud and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce, certain signals, signs, and sounds; that is, an e-mail from Yahoo account ngecs2004@yahoo.com to jhd@wmddh.com, all in violation of Title 18, United States Code, Section 1343. [18 U.S.C. § 1343].

A TRUE BILL:

_____
FOREPERSON: FEDERAL GRAND JURY

STEPHANIE A. FINLEY
United States Attorney

_____
KELLY P. UEBINGER (Bar No. 21028)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
(337) 262-6618

4